# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CAROL A. LAWRENCE, o/b/o                                                          PLAINTIFF
ROBERT RATKA, *deceased*

v.                      Case No. 4:23-CV-01195-BRW-JTK

SOCIAL SECURITY ADMINISTRATION,                            DEFENDANT
*Commissioner*

## ORDER

       Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 9) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

       SO ORDERED THIS 26th day of March, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1