# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CAROL A. LAWRENCE, o/b/o                                                                                           PLAINTIFF
ROBERT RATKA, *deceased*

v.                                              Case No. 4:23-CV-01195-BRW-JTK

SOCIAL SECURITY ADMINISTRATION,                                                          DEFENDANT
*Commissioner*

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED THIS 26th day of March, 2024.

                                                                                     _____
                                                                                     JEROME T. KEARNEY
                                                                                     UNITED STATES MAGISTRATE JUDGE